AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

**UNITED STATES OF AMERICA**

v.

**JOAN REYES-SANTANA
A/K/A "FLAKO"**

**WARRANT FOR ARREST**

Case Number:

2004 M 0441 RBC - 02

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **JOAN REYES-SANTANA, AK/A "FLAKO"**
                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT   ☐ INFORMATION   ☒ COMPLAINT   ☐ ORDER OF COURT   ☐ VIOLATION OF NOTICE   ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH  (brief description of offense)

**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE
HEROIN, AND**

**POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF HEROIN**

in violation of Title ____**21**____ United States Code, Section(s) ___**846 and 841(a)**___ .

**ROBERT B. COLLINGS**                                    **UNITED STATES MAGISTRATE JUDGE**
Name of Issuing Officer                                          Title of Issuing Officer

_____                              **Boston, MA; January 19, 2004**
Signature of Issuing Officer                                   Date and Location

Bail fixed at $ _____                     BY _____

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

| RETURN | | |
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER / WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/20/04 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |